UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVIN MCCONNELL,

    Plaintiff,

  v.

PEOPLEREADY,

    Defendant.

Case No. 19-cv-08433-WHO

**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 12

On July 15, 2020, defendant PeopleReady, Inc. moved to dismiss pro se plaintiff Alvin McConnell's complaint on grounds that it is barred by the applicable statute of limitations and not subject to the equitable tolling doctrine. PeopleReady Motion to Dismiss the Complaint [Dkt. No. 12]. McConnell's opposition to the motion was due on July 29, 2020. He has failed to timely oppose the motion. Defendant's Notice of Non-Opposition [Dkt. No. 15].

McConnell is hereby ORDERED TO SHOW CAUSE by August 21, 2020 why this case should not be dismissed for failure to prosecute. He can satisfy this Order To Show Cause by filing his opposition to the motion to dismiss by **August 21, 2020**.[1] I note that due to the COVID-19 pandemic, motion hearings are conducted telephonically or by videoconference. Prosecuting this case will not require in-person attendance at this time.

If McConnell opposes, PeopleReady may file a reply on or before August 28, 2020, and the hearing is reset to **September 9, 2020 at 2:00 p.m**.

**IT IS SO ORDERED.**

Dated: August 5, 2020

William H. Orrick
United States District Judge

---

[1] Effective May 1, 2020, and until further notice, pro se litigants with existing cases before this court may register to become electronic case filing ("ECF") users and may file documents electronically without first obtaining a judge's permission. Accordingly, McConnell does not need my permission to participate in electronic case filing. If he wishes to e-file, he can register to become an ECF user by following the instructions at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/.